**24 CV 1194**

Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A.   Full Name of Plaintiff: **NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Steven Mackie

-vs-

B.   Full Name(s) of Defendant(s) **NOTE**: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Town (Rachel L. Schefart) Court Tonawanda — The People of the State of New York
2. PO. Phillip McDonald
3. PO Daniel Johnson
4. PO Micheal Bellus
5. PO Angela Ragusa
6. Rick Greewalt

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: Their Obstruction is the Destruction and Trespass of my rights 4TH, 5TH, 6TH Amendment Rights

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: Sole Intent of the Law was not Broken. Corpus Delicti - Body of Crime NO - Damage, Injured Party, Accuser.

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: Trespass + Destruction of my rights; unlawful Search + Seizure of Property on Automobile - Right To Civil Due Process. Charged for infamous crimes; Court failure To State nature + cause where relief can be granted.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Steven Mackie

Present Address: 1440 Jefferson Ave, Ste 250
Buffalo NY 14208

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION**  NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Amey Rentz

Official Position of Defendant (if relevant): Court of Clerk

Address of Defendant: 1835 Sheridan Dr
Buffalo NY 14223

Name of Second Defendant: Rachel L Schepart

Official Position of Defendant (if relevant): ADA

Address of Defendant: 25 Delaware Ave.
Buffalo NY 14202

Name of Third Defendant: 3 Phillip McDonald; 4 Daniel Johnson; 5 Micheal Belluz; 6 Angela Ragusa

Official Position of Defendant (if relevant): P. Officers

Address of Defendant: 1835 Sheridan Dr
Buffalo NY 14223

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with **the same facts involved in this action**?

Yes ☐  No ☒

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

<u>ADDENDUM</u>

<u>7TH DEFENDANT</u> - RICK GREEWALT  UNITED Auto Towing,
3275 Delaware Ave.
Kenmore, NY 14217

Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?
   Is it still pending?  Yes ☐  No ☐
   If not, give the approximate date it was resolved._____
   Disposition (check those statements which apply):
   ☐ Dismissed (check the statement which indicates why it was dismissed):
   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
   ☐ By court due to your voluntary withdrawal of claim;
   ☐ Judgment upon motion or after trial entered for
   ☐ plaintiff
   ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

A. **FIRST CLAIM:** On (*date of the incident*) _August 3, 2024_,
defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) _P.O. Phillip McDonald, Daniel Johnson; Micheal Bellus, Angela Ragusa, Rick Breewalt_

3

ADDENDUM

A. FIRST CLAIM

Then contracted with "United Auto Towing" (Rich Greewalt) To Steal my automobile and they Held (Rented) it for a period of 18 day until the Police Dept. of the town of Tonawanda granted me the release form To retrieve my automobile.

did the following to me (*briefly state what each defendant named above did*): Approx 6:30-7pm PO P. McDonald Pulled me over 3/4 of mile after Passing him by, while traveling in my automobile. I asked whats the Probable Cause and he called for Back up. Thats when Johnson, Belluz, Ragusa arrived. thats when they extracted myself and 2 Passenger (women) out. I told them they didn't Have Permission or warrent, But they search and seized my automobile. An left myself + two Passengers stranded to walk 10 miles or take other Transportation, along w/ 5 citations and 1 Criminal obstruction of admenistration?

The federal basis for this claim is: Their Obstruction is Now a Trespass and Destruction of my Rights, No Law was Broken

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: OVER→ Hold all Accountable who has gone over and above their "Duties" in their Private Capasity for Domages Cause to me. ^"See Schedule Fee"

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: _____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Seeking Monetary and Punitive Damages inflicted upon my Rights

See Schedule Fee.

Do you want a jury trial? Yes [ ]  No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on __12/5/2024__
         (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

By: Steven: Maddio BENEFICIARY.

Signature(s) of Plaintiff(s)

5




**NIAGARA COUNTY – STATE OF NEW YORK**
JOSEPH A. JASTRZEMSKI – NIAGARA COUNTY CLERK
P.O. BOX 461, LOCKPORT, NEW YORK 14095-0461

---

**COUNTY CLERK'S RECORDING PAGE**
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

---



```
Recording:

Cover Page                          8.00
Recording Fee                      32.00
Cultural Ed                        14.25
Records Management - Coun           1.00
Records Management - Stat           4.75
                                  ------
Total:                             60.00
**** NOTICE: THIS IS NOT A BILL ****
```

```
INSTRUMENT #:    2024-03447

Receipt#:  2024634313
Clerk:     HA
Rec Date:  03/07/2024 01:18:23 PM
Doc Grp:   DEED
Descrip:   MISCELLANEOUS
Num Pgs:   10

Party1:    MACKIE STEVEN
Party2:    MACKIE STEVEN
Town:      N/A
```

Record and Return To:

STEVEN MACKIE N/E
SCANNED VERIFIED AND GIVEN BACK TO CUSTOMER

**WARNING***
** Information may change during the verification process and may not be reflected on this page.

Joseph A. Jastrzemski
Niagara County Clerk

## Writ of a Freeman's Right to Travel

### Writ of a Freeman's Right to Travel - Justice Notice - Demand for All Rights Protected by the Constitution for the united States of America { 18 U.S.C.§ 241 }

Know all men by these presents, that I am, ( Steven Mackie ) do travel upon the Roadways, By-ways, Highways, and Air-ways of these United States, as a matter of asserted Common Law rights. That I assert my full sovereignty as a free and natural person (Freeman) under the Common Law of the Constitution for the united States of America, to wit:

### States Enforcing Unconstitutional Laws

If some state laws are unconstitutional — are there ways for the states to mandate restrictions on licensing, registration, and insurance requirements? To know, we need to look to the U.S. Supreme Court to determine for ourselves the answers to these questions.

1. "The right of the citizen to travel on public highways and to transport his/her property thereon, either by carriage or automobile, is not a mere privilege which a City/State may prohibit at will, but a common right which he/she has under the right to Life, Liberty, and the Pursuit of Happiness." **Thompson v. Smith 154 SE 579.**

2. "The use of the highway for the purpose of travel and transportation is not a mere privilege, but a common and fundamental right which the public and individuals cannot be rightfully deprived of." **Chicago Motor Coach v. Chicago, 337 IIL200,169 NE 22, 66 ALR 834. Ligare v. Chicago 139 III. 46, 28 NE 934. Booney v. Dark, 214 SW 607; 25 A M JUR (I'1) Highways, Sec. 163.**

3 For a crime to exist, there must be an injured party. "There can be no sanction or penalty imposed on one because of this exercise of Constitutional rights." **Sheer v. Cullen, 481 F. 945.**

4 "The right to travel is part of the Liberty of which the citizen cannot be deprived without due process of law under the **Fifth Amendment.**" **Kent v. Dulles 357 U.S. 116, 125.**

5. "Where rights are secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them." **Miranda v. Arizona 384 U.S. 436, 125**

6. "The claim and exercise of a Constitutional right cannot be converted into a crime." **Miller v. U.S. 230 F 2nd 486, 489.**

7. "Under our system of government upon the individuality and intelligence of the citizen, the state" does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself." **Mugler v. Kansas 123 U.S. 623, 659-60.**

8. It is reasonable to assume that these judicial decisions are straight and to the point, that there is no lawful method for the government to put restrictions or limitations on rights belonging to the people.

9. There is no question that a citation/ticket issued by a police officer, for no driver's license, current vehicle registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty — and is, indeed, "converting a right into a crime."

2024634313

2024-03447
03/07/2024  01:18:23 PM
10 Pages
MISCELLANEOUS

Joseph A. Jastrzemski, Niagara County Clerk          Clerk: HA

10. A corporate entity, whether it be a city, state, or U.S. Government, cannot testify as an injured party, thus cannot be cross-examined.
As an individual one can speak for a corporation, but cannot be an injured party - as a living person of record. In Propria Persona;

Signature:_____

Dated: this_____day of:_____2024

State Republic of: New York     )
                                )
County of: Erie                 )

Subscribed. Sworn, and Sealed: this __7__ day of:__March__, 2024

(Steven Mackie), did personally appear before me, and is known to be the one described in, and who executed, the foregoing instrument, and acknowledged that he/she executed the same as his/her free act and deed as a Sovereign State Citizen in this above named State of the Union. Purpose of notary is for identification only, and not for entrance into any foreign jurisdiction.

## WITNESSES

WITNESS 1 _Alleyne, Wesley_____

WITNESS 2 _Harrinoff, Curtis_____

**Notary Signature** _____

Printed Name of Notary __Timothy N Hull__

Commission Expires __27 Oct 2024__

01HA6271139

Seal:

**"Explicit Reservation of All Right"**
TO ALL PEACE OFFICERS: My use of "Without Prejudice, **U.C.C. 1-308**," and/or "Under Duress," above my signature on this and all other documents, indicates that I have exercised the reservation of my rights provided in the Uniform Commercial Code in Book 1, at Section **1-308**. whereby I may reserve my Common Law Right not to be compelled to perform under any Contract or Agreement, that I have not entered into knowingly, voluntarily, or intentionally. And. that reservation serves NOTICE upon all Administrative Agencies of Government, Nationally, State, and Local, that I do not, and will not, accept the liability associated with the "Compelled Benefit" of any unrevealed Commercial Agent. Without Prejudice **U.C.C. 1-308**
Signature: _By: Mackie; Steven_       Date: _3/7/2024_

## SCHEDULE OF FEES

Any corporation or Natural person who, by coercion, threat, force, or demand, requires an employee, trustee, or fiduciary of the Trust to perform, produce material, answer, comply with, or act in accord with any particular act as set forth in this schedule, shall be assessed according to this schedule of fees. All intervenors agree to be held liable in their private, individual, and corporate capacity for their actions, and further may be subject to parallel claims of criminal activity including piracy, slavery (suretyship), trespassing, and breach of Fiduciary Duty, Perjury, Misprision of Felony, RICO, and Forfeiture.

### Administrative Fees:

Any Trustee of Fiduciary employed for the matter of processing this claim shall be entitled to 5% of first $1,000,000.00 4% of next $500,000.00 3% of next $500,000.00, 2% over $2,000,000.

### Copyright, trademark, trade name violation

1. Usage of, STEVEN MACKIE,©TM including all derivatives, spellings, and upper case lower case combinations and renderings of the trademark and trade name without express written consent $1,000,000.00

### Acceptance of Presentments ( without contract )

2. Unauthorized Citations $10,000.00
3. Warnings Issued on Paper $10,000.00
4. Summons, Court Notices (without contract) $10,000.00
5. All other related items, fees, or offers $10,000.00

### Deposition, Interrogation ( unsolicited )

6. Name $10,000.00
7. Driver's License Number $10,000.00
8. Social Security Number $50,000.00
9. Retinal Scans $50,000.00
10. Fingerprinting $50,000.00
11. Photographing $50,000.00

### DNA or Body Fluids

12. Mouth swab $1,000,000.00
13. Blood samples $1,000,000.00
14. Urine samples $1,000,000.00
15. Breathalyzer testing $1,000,000.00
16. Hair samples $1,000,000.00
17. Skin samples $1,000,000.00
18. Clothing samples $1,000,000.00
19. Forced giving of liquids/samples $1,000,000.00

### Obstruction of Travel, Property Search, Trespass, Theft, Carjacking, Interference with Commerce

20. Interference with travel (without contract or emergency) $2000.00/minute after warning
21. Temporary detention, obstruction, or restraint (without warrant) $2000.00/minute after warning

1 of 2

## SCHEDULE OF FEES

Any corporation or Natural person who, by coercion, threat, force, or demand, requires an employee, trustee, or fiduciary of the Trust to perform, produce material, answer, comply with, or act in accord with any particular act as set forth in this schedule, shall be assessed according to this schedule of fees. All intervenors agree to be held liable in their private, individual, and corporate capacity for their actions, and further may be subject to parallel claims of criminal activity including piracy, slavery (suretyship), trespassing, and breach of Fiduciary Duty, Perjury, Misprision of Felony, RICO, and Forfeiture.

### Administrative Fees:

Any Trustee of Fiduciary employed for the matter of processing this claim shall be entitled to 5% of first $1,000,000.00 4% of next $500,000.00 3% of next $500,000.00, 2% over $2,000,000.

### Copyright, trademark, trade name violation

1. Usage of, STEVEN MACKIE,©TM including all derivatives, spellings, and upper case lower case combinations and renderings of the trademark and trade name without express written consent $1,000,000.00

### Acceptance of Presentments ( without contract )

2. Unauthorized Citations $10,000.00
3. Warnings Issued on Paper $10,000.00
4. Summons, Court Notices (without contract) $10,000.00
5. All other related items, fees, or offers $10,000.00

### Deposition, Interrogation ( unsolicited )

6. Name $10,000.00
7. Driver's License Number $10,000.00
8. Social Security Number $50,000.00
9. Retinal Scans $50,000.00
10. Fingerprinting $50,000.00
11. Photographing $50,000.00

### DNA or Body Fluids

12. Mouth swab $1,000,000.00
13. Blood samples $1,000,000.00
14. Urine samples $1,000,000.00
15. Breathalyzer testing $1,000,000.00
16. Hair samples $1,000,000.00
17. Skin samples $1,000,000.00
18. Clothing samples $1,000,000.00
19. Forced giving of liquids/samples $1,000,000.00

### Obstruction of Travel, Property Search, Trespass, Theft, Carjacking, Interference with Commerce

20. Interference with travel (without contract or emergency) $2000.00/minute after warning
21. Temporary detention, obstruction, or restraint (without warrant) $2000.00/minute after warning